## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

|  | | Chapter 7 |
|---|---|---|
| | Bankruptcy No. | 24-31846 |
| | Adversary No. | 24-03132 |

In Re:                                               )
                                                     )
Kevin Scott Campisi,                                 )
                                                     )
                                                     )
                        Debtor,                      )
                                                     )
                                                     )
Kevin Scott Campisi,                                 )
                                                     )
                        Plaintiff,          )        **NOTICE OF DISMISSAL**
                                                     )
vs.                                                  )
                                                     )
Ethos Technologies Inc.,                             )
                                                     )
                        Defendant.                   )
                                                     )
                                                     )

Debtor-Movant, Kevin Scott Campisi hereby provides notice under Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure Rule 41(a)(1) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated: February 28, 2025                          e/ Mark L. Vavreck         .
                                                  Mark L. Vavreck, Esq.